In the Matter of AMERICAN LEAGUE BASEBALL CLUB OF NEW YORK, INC., Appellant, against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.

Argued March 23, 1937; decided April 27, 1937.

*Byron Clark* and *Byron Clark, Jr.*, for appellant.

*Paul Windels, Corporation Counsel* (*Meyer Bernstein, Oscar S. Cox* and *Sol Charles Levine* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.